IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**KE DONALD, JR.,**

    *Plaintiff*,

v.                                            Case No.: **5:25cv212-MW/MJF**

**RICKY DIXON, et al.,**

    *Defendants*.
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 16, and has also reviewed *de novo* Plaintiff's objections, ECF No. 17.

Accordingly,

**IT IS ORDERED**:

The report and recommendation, ECF No. 16, is **accepted and adopted**, over the Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's case is **DISMISSED without prejudice** for failure to comply with this Court's Local Rules." The Clerk shall close the file.

**SO ORDERED on December 10, 2025.**

                                                  <u>s/Mark E. Walker</u>
                                                  **United States District Judge**